**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Elite Designs and Remodeling Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Elite Designs and Remodeling** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 0 7 1 1 0 4 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | |
| **4749 E Wesley Drive**<br>Number        Street | Number        Street |
| **Anaheim, CA 92807**<br>City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Orange**<br>County | |
| | Number        Street |
| | City              State    ZIP Code |

**5. Debtor's website (URL)**    **https://edrusa.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __**Elite Designs and Remodeling Inc.**__
        Name                                                                    Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__2__  __3__  __6__  __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

       District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                        MM / DD / YYYY

       Case number, if known _____

Debtor   **Elite Designs and Remodeling Inc.**

Name

Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number        Street

_____

_____
City                                        State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49     ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999   ☐ 10,001-25,000     ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion

☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor    __Elite Designs and Remodeling Inc._____    Case number (if known) _____
          Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM/ DD/ YYYY

X _Sro Attached_____            **Carlos Andrade**
Signature of authorized representative of debtor      Printed name

Title _____**President**_____

**18. Signature of attorney**

X _____    Date  **08/20/2025**_____
Signature of attorney for debtor                      MM/ DD/ YYYY

__Anerio Ventura Altman, Esq._____
Printed name

__Lake Forest Bankruptcy_____
Firm name

__3070 Bristol Street, Suite 640 300_____
Number        Street

__Costa Mesa_____    __CA__    __92626_____
City                              State     ZIP Code

__(949) 218-2002_____    __avaesq@lakeforestbkoffice.com__
Contact phone                      Email address

__228445_____    __CA_____
Bar number                      State

Debtor    **Elite Designs and Remodeling Inc.**                                  Case number (if known) _____
            Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08 / 20 / 2025
              MM/  DD/  YYYY

X _____        **Carlos Andrade**
Signature of authorized representative of debtor        Printed name

Title _____**President**_____

**18. Signature of attorney**

X _____        Date  **08/20/2025**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Anerio Ventura Altman, Esq.**
Printed name

**Lake Forest Bankruptcy**
Firm name

**3070 Bristol Street, Suite 640 300**
Number    Street

## United States Bankruptcy Court
### Central District of California

In re **Elite Designs and Remodeling Inc.**

Debtor(s)

Case No. _____

Chapter _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Elite Designs and Remodeling Inc.**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**08/20/2025**_____
Date

**Anerio Ventura Altman, Esq.**
Signature of Attorney or Litigant
Counsel for **Elite Designs and Remodeling Inc.**
**Bar Number: 228445**
**Lake Forest Bankruptcy**
**3070 Bristol Street, Suite 640**
**3070 Bristol Street, Suite 640 300**
**Costa Mesa, CA 92626**
**Phone: (949) 218-2002**
**Email: avaesq@lakeforestbkoffice.com**

1

Fill in this information to identify the case:

Debtor name **Elite Designs and Remodeling Inc.**

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>that supports this claim |
| --- | --- | --- | --- |
| **2.1** Creditor's name<br>**Ally Financial** | Describe debtor's property that is subject to a lien | $26,814.27 | unknown |

Creditor's mailing address
**Po Box 380901**

**Minneapolis, MN 55438-0901**         Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $146,984.27

Debtor   **Elite Designs and Remodeling Inc.**   Case number (if known) _____
         Name

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim / Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim.

**2.2** Creditor's name

**Alo Capital Group LLC.**

Describe debtor's property that is subject to a lien

Column A: **$93,687.00**   Column B: **unknown**

Creditor's mailing address

**18851 NE 29th Ave**

**Miami, FL 33180**

Describe the lien

**UCC-1 Financing Statement**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred   **05/19/2025**

Last 4 digits of account   __ __ __ __
number

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **Elite Designs and Remodeling Inc.** _____    Case number (if known) _____
        Name

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Ford Motor Credit**

Describe debtor's property that is subject to a lien

2022 Ford F150                                    **$26,483.00**        unknown

Creditor's mailing address

**National Bankruptcy Service Center**

**Po Box 62180**

**Colorado Spgs, CO 80962-2180**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number   **8  0  2  2**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Fill in this information to identify the case:

Debtor name  **Elite Designs and Remodeling Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**State of California Franchise Tax Board**<br><br>**Personal Bankruptcy MS A340**<br><br>**P.O. Box 2952**<br><br>**Sacramento, CA 95812-2952**<br><br>Date or dates debt was incurred<br>**12/1/2023**<br><br>Last 4 digits of account number **5  0  0  0**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $900.00 | unknown |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor    **Elite Designs and Remodeling Inc.**                         Case number *(if known)* _____
Name

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,000.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**27715 LLC**

**16192 COASTAL HWY**

**Lewes, DE 19958**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Construction Defect**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim    $23,000.00

---

**3.2** Nonpriority creditor's name and mailing address

**Adam C. Cramer**

**17192 Murphy Avenue 14458**

**Irvine, CA 92623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction Defect**

Date or dates debt was incurred    **8/26/2021**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim    $18,500.00

---

**3.3** Nonpriority creditor's name and mailing address

**Brian Phillips**

**1003 N. Burwood Drive**

**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim    **unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Ford Motor Credit**

**National Bankruptcy Service Center**

**Po Box 62180**

**Colorado Spgs, CO 80962-2180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  4  8  8**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim    $2,344.50

| Debtor | **Elite Designs and Remodeling Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $126,349.00 |
|---|---|---|---|

**Joseph Cisneros**

**11812 Berendo Avenue**

**Los Angeles, CA 90044**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Construction Defect**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,500.00 |
|---|---|---|---|

**Tokio Marine HCC Surety Group**

**801 S Figueroa St Ste 700**

**Los Angeles, CA 90017**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Indemnification on a**
Basis for the claim: **Contractor's Bond**

Date or dates debt was incurred   **6/13/2022**

Last 4 digits of account number   **6  2 - 1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Elite Designs and Remodeling Inc.**                                    Case number *(if known)* _____
          Name

**Part 3:   List Others to Be Notified About Unsecured Claims**

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection
      agencies, assignees of claims listed above, and attorneys for unsecured creditors.

      If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1   Cap Specialty**<br>1600 Aspen Commons 300<br>Middleton, WI 53562 | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2   Contractor's State Licensing Board**<br>P.O. Box 289116<br>Orange, CA 92867 | Line **3.6**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3   Demoss, Robert and Natalie**<br>17082 PCH 105<br>Huntington Beach, CA 92649 | Line **3.2**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4   Johnson, Elijah**<br>200 Wisteria Street<br>Fillmore, CA 93015 | Line **3.6**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5   Kaufman, Cory**<br>857 Cheltienham road<br>Santa Barbara, CA 93105 | Line **3.6**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.6   Platte River Insurance Company**<br>P.O. Box 5900<br>Madison, WI 53705 | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.7   Schauer, Robert F.**<br>218 North 2nd Avenue F<br>Upland, CA 91786 | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Elite Designs and Remodeling Inc.**                    Case number *(if known)* _____
_____
Name

**Part 3:** **Additional Page**

4.8   **Sweeney & Kelble**                          Line **3.1**

**445 South Figueroa 31st Floor**            ☐ Not listed. Explain _____   ___ ___ ___ ___

**Los Angeles, CA 90071**

Debtor    **Elite Designs and Remodeling Inc.**
_____    Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a.    **Total claims from Part 1**                5a.    **$900.00**

5b.    **Total claims from Part 2**                5b.    **+**    **$176,693.50**

5c.    **Total of Parts 1 and 2**                5c.    **$177,593.50**
        Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name          **Elite Designs and Remodeling Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Voluntary Petition, Verification of Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/20/2025**
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Carlos Andrade**
Printed name

**President**
Position or relationship to debtor

United States Bankruptcy Court

Central District of California

**In Re:**  Elite Designs and Remodeling Inc.

Case No: _____

Chapter: 11

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Carlos Andrade, declare under penalty of perjury that I am the President of <u>Elite Designs and Remodeling Inc.</u>, a California Corporation and that on <u>August 20, 2025</u> the following resolution was duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Carlos Andrade, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Carlos Andrade, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Carlos Andrade, President of this Corporation, is authorized and directed to employ Anerio Ventura Altman, Esq. and to represent the Corporation in such bankruptcy case."

Executed on: ___August 20, 2025___

Signed: _____
Carlos Andrade, President

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Anerio Ventura Altman, Esq.**<br>**Bar Number: 228445**<br>**Lake Forest Bankruptcy**<br>**3070 Bristol Street, Suite 640**<br>**3070 Bristol Street, Suite 640 300**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 218-2002**<br>**Email: avaesq@lakeforestbkoffice.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

</div>

| In re:<br><br>**Elite Designs and Remodeling Inc.** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | <div align="center">**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]**</div> |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___3___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____08/20/2025_____

_____
President

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____08/20/2025_____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                            **F 1007-1.MAILING.LIST.VERIFICATION**

**27715 LLC**
16192 COASTAL HWY
Lewes, DE 19958

**Adam C. Cramer**
17192 Murphy Avenue 14458
Irvine, CA 92623

**Ally Financial**
Po Box 380901
Minneapolis, MN 55438-0901

**Alo Capital Group LLC.**
18851 NE 29th Ave
Miami, FL 33180

**Carlos Andrade**
1440 South State College Blvd.
Anaheim, CA 92806

**Brian Phillips**
1003 N. Burwood Drive
Anaheim, CA 92807

**Cap Specialty**
1600 Aspen Commons 300
Middleton, WI 53562

**Contractor's State Licensing Board**
P.O. Box 289116
Orange, CA 92867

**Robert and Natalie Demoss**
17082 PCH 105
Huntington Beach, CA 92649


**Equifax**
Po Box 105281
Atlanta, GA 30348-5281


**Experian**
P.O. Box 9530
Allen, TX 75013


**Ford Motor Credit**
National Bankruptcy Service Center
Po Box 62180
Colorado Spgs, CO 80962-2180


**Franchise Tax Board**
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952


**Internal Revenue Service**
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346


**Elijah Johnson**
200 Wisteria Street
Fillmore, CA 93015


**Joseph Cisneros**
11812 Berendo Avenue
Los Angeles, CA 90044

**Cory Kaufman**
857 Cheltienham road
Santa Barbara, CA 93105

**Platte River Insurance Company**
P.O. Box 5900
Madison, WI 53705

**Robert F. Schauer**
218 North 2nd Avenue F
Upland, CA 91786

**State of California Franchise Tax Board**
Personal Bankruptcy MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

**Sweeney & Kelble**
445 South Figueroa 31st Floor
Los Angeles, CA 90071

**Tokio Marine HCC Surety Group**
801 S Figueroa St Ste 700
Los Angeles, CA 90017

**Transunion**
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000